# Knuckles Komosinski & Manfro LLP

565 Taxter Road, Suite 590 | Elmsford, New York 10523
Tel (914) 345-3020 | eFax (914) 992-9154 | www.kkmllp.com

**Partners**
Mark R. Knuckles
Richard F. Komosinski
Jordan J. Manfro

**Ernest A. Yazzetti, Jr.**
*Associate Attorney*
(914) 345-3020, ext. 364
ey@kkmllp.com

October 29, 2019

**VIA ECF**
Chief Judge Carla E. Craig
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

      Re:    In re: Deana McAlmon
              Case No: 19-42993-cec

Dear Chief Judge Craig:

    This office represents Rushmore Loan Management Services, as servicer for MTGLQ Investors, LP, a secured creditor in the above-referenced matter. Please allow this letter to serve as a loss mitigation update.

    In early October, Rushmore advised our office that it recently acquired this loan from LoanCare, LLC. On October 18, 2019, our office filed the Creditor Loss Mitigation Affidavit with financial package.

    As of the filing of this letter, our office is awaiting the first submission of documents to allow Rushmore to begin its review.

    If there are any questions, please do not hesitate to contact this office.

                            Respectfully,
                            **Knuckles, Komosinski & Manfro, LLP**

                            /s/ Ernest A. Yazzetti, Jr., Esq.
                            Ernest A. Yazzetti, Jr., Esq.
                            Counsel for Rushmore Loan Management Services, as servicer for MTGLQ Investors, LP

CC:    All counsel - VIA ECF